

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MMS
F. #2010R00132, 2015R00498, 2015R0499

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 12, 2017

<u>By Hand and ECF</u>

Richard Kestenbaum, Esq.
40 Cutter Mill Road
Great Neck, NY 11021

    Re: <u>United States v. Laraine Castellano, et al.</u>
      <u>Criminal Docket No. 15-523 (NGG)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter the following discovery in the above-listed matter: DVD containing documents Bates-marked EDNY-000199902 (Letter regarding Bentley and Lamborghini), EDNY000199903-201197 (USA Payroll) and EDNY-LC000000080-EDNY-LC000000102 (Tax Returns). Please also find enclosed a copy of an updated index to the government's disclosures.

This disclosure supplements the discovery previously produced to you on November 2, 2015, January 13, 2016 and February 8, 2016 and August 19, 2016 and March 30, 2017.  The government reiterates its request for reciprocal discovery from the defendants.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:    /s/ Marisa M. Seifan
        Marisa M. Seifan
        Assistant U.S. Attorney
        (718) 254-6008

Enclosures

cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)